IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUE E. MCCRARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-1185 |
| ) | Judge Trauger |
| CERES TERMINALS, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is hereby **ORDERED** that the parties shall file another joint mediation report by July 9, 2013.

It is so **ORDERED**.

ENTER this 20th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge